# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAUNTED PARTNERS
ENTERTAINMENT & LEISURE
CORPORATION, A NEVADA
DOMESTIC CORPORATION; AND
MOSAIC LAND, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
                    Appellants,
       vs.
DONALD EUGENE NELSON, AN
INDIVIDUAL; AND SHAWN
LAMPMAN, AN INDIVIDUAL,
                    Respondents.

No. 77325

FILED

MAY 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to dismiss this appeal. Because the stipulation does not contain all of the necessary signatures, this court elects to treat the stipulation as a motion for voluntary dismissal.[1] Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[2]

_____, C.J.

---

[1]The stipulation for dismissal was not signed by Antony M. Santos, counsel of record for respondent Shawn Lampman.

[2]The motions filed on February 5 and 15, 2019, are denied as moot.

19-20359

cc: Hon. Gloria Sturman, District Judge
M. Nelson Segel, Settlement Judge
Ellsworth & Bennion Chtd.
A.M. Santos Law, Chtd.
Fennemore Craig, P.C./Las Vegas
Eighth District Court Clerk